# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOAN LICHTMAN,

        Petitioner

        v.

ELIZABETH HERSH, SANDRA VASKO, SERGE LEVIN, ANN RUDNICK, JOYCE SACCO, MARY SCULLION, CAROL THOMAS, BRIGID TOMS, JONATHAN JUCKETT, LINDA DONOVAN-MAGDAMO, NICOLE SUMMERVILLE, CURTIS JORDAN, EDWARD FARRINGTON, DANIEL FEINBERG, M.D., JANEL DAVIS, AND GINA GENTILE,

        Respondents

:  No. 167 EAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of November, 2022, the Petition for Allowance of Appeal and the Application for Leave to Proceed *In Forma Pauperis* are **DENIED**.